No. 136. PASSERA ET AL. *v.* PONTCHARTRAIN REALTY Co., INC. Jurisdictional statement submitted October 12, 1931. De-

574

cided October 19, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash Ry. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Messrs. Wm. C. Dufour* and *J. Zach Spearing* for appellants. *Mr. Henry P. Dart, Jr.,* for appellee.